**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In Re:

                Case No.: 8-09-74972-dte
                In Proceeding Under
                Chapter 7

**Walter J. Mooney**
**(SS# 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)**
**185 Celler Avenue**                **NOTICE OF APPEARANCE**
**New Hyde Park, New York 11040**

          **Debtor.**
-----------------------------------------------------------------x

**S I R (S): PLEASE TAKE NOTICE:**

        **THAT**, the Creditor, **STATE BANK OF LONG ISLAND,** appears in this

Action and that the undersigned has been retained as attorney for the Creditor and demands that

you serve all papers in this Action upon the undersigned at the address stated below.

**Dated:**      **Port Washington, New York**
               **July 27, 2009**

                                                      Yours, etc.,

                                                      **PETER SEIDEMAN, ESQ.**
                                                      **Attorney for Creditor**
                                                        State Bank of LI
                                                        20 Vanderventer Avenue
                                                        Suite 103W
                                                        Port Washington, New York 11050
                                                        (516) 767-0812

**TO:**    **UNITED STATES BANKRUPTCY COURT**
          **290 Federal Plaza**
          **P.O. Box 9013**
          **Central Islip, New York 11722**

          **Joseph D. Rocco, Esq.**                    **Richard L. Stern, Esq.**
          **Attorney for Debtor**                       **Bankruptcy Trustee**
          **3601 Hempstead Turnpike, Suite 202**    **135 Pinelawn Road, Suite 120 S.**
          **Levittown, New York 11756**             **Melville, New York 11747**
          **516-731-5200**                                  **631-549-7900**

Case No.: 8-09-74972-dte                                      Year: 2009

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

**Walter J. Mooney**
**(SS # 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**
**185 CellerAvenue**
**New Hyde Park**

**NOTICE OF APPEARANCE**

**PETER SEIDEMAN, ESQ.**
**Attorney for Plaintiff**
**20 Vanderventer Avenue**
**Suite 103W**
**Port Washington, New York 11050**
**(516) 767-0812**

**To:**

**Attorney (s) for:** _____
**Service of a copy of the within** _____ **is hereby admitted.**

**Dated:**                                                    _____
                                                              **Attorney (s) for**

                                                **Yours, etc.,**

                                                _____
                                                **Signature Pursuant to 22NYCRR 130-1.1a**
                                                **By: Peter Seideman, Esq.**
                                                **Law Office of Peter Seideman**
                                                **Attorney for Creditor**
                                                **20 Vanderventer Avenue, Suite 103W**
                                                **Port Washington, New York 11050**
                                                **(516) 767-0812**